# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR F. VASQUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL STAINER, Acting Warden,<br><br>　　　　　Respondent. | CASE NO. CV 09-3029 AHM (SS)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court also has considered Petitioner's late-filed Objections filed on August 9, 2011 and conducted a *de novo* review of those portions of the Report and Recommendation to which the Objections were directed. The Objections do not cause the Court to decline to adopt the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

///

IT IS ORDERED that the Petition is DENIED and Judgment shall be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 11, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE