UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR F. VASQUEZ, | ) NO. CV 09-03029 AHM (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL STAINER, Acting Warden, | ) |
| Respondent. | ) |

   Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

   DATED: August 11, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**